UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| NORTHWEST AIRLINES, INC., a Minnesota corporation, Plaintiff, v. AUTOBAHN INTERNET SERVICES, INC., an Oregon corporation, Defendant. | CASE NO. 00-889 PAM/JGL<br><br>ORDER ENLARGING TIME FOR DEFENDANT TO APPEAR |

Pursuant to the stipulation of the parties on file herein, the Defendant shall have though June 3, 2000 within which to file its appearance in this case.

Dated: May 25, 2000.

U.S. MAGISTRATE JUDGE



RATOZA LONG, P.C., Attorneys At Law
121 SW Morrison Street, Suite 900
Portland, Oregon 97204-3164
Telephone: (503) 228-0691

FILED MAY 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK