# *UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA*

Northwest Airlines, Inc.

v.

Autobahn Internet Services. Inc.

**PRETRIAL CONFERENCE NOTICE**

**Case Number Civil 00-889 PAM/JGL**

(x) TAKE NOTICE That the proceeding in this case has been **continued** to a new date and time. The change is indicated below.

Room 730 (7th Floor)
316 North Robert Street
St. Paul, Minnesota 55101

**Before the Honorable Paul A. Magnuson on Thursday, September 7, 2000 @ 2:40 P.M., for a Pretrial Conference.**

Dated: August 23, 2000

FRANCIS E. DOSAL, CLERK

Suzanne M. Ruiz, Calendar Clerk

cc: Thomas W. Tinkham
Joshua J. Burke
Jeffrey W. Thone
Michael M. Ratoza

FILED AUG 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK