UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Northwest Airlines,

Plaintiff,

Civil 00-889 PAM/JGL

v.

Autobahn Internet,

Defendant.

---

**NOTICE OF CANCELLATION OF PRETRIAL CONFERENCE**

The pretrial conference which was scheduled for Thursday, September 7, 2000 @ @ 2:40 P.M., before Chief Judge Magnuson, is CANCELLED. The parties shall receive a new notice when this is re-scheduled.

Dated: August 25, 2000

FRANCIS E. DOSAL,
Clerk of U.S. District Court

Suzanne M. Ruiz
Calendar Clerk to Judge Magnuson

cc: All Counsel of Record

FILED AUG 25 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK