# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF MINNESOTA*

Northwest Airlines, Inc.

v.

Autobahn Internet Services, Inc.

**AMENDED NOTICE**
**Rescheduled Motion Hearing**

**Case Number Cv. 00-889 PAM**

(x) TAKE NOTICE That a proceeding in this case has been **rescheduled** for the place, date and time set forth below:

Courtroom #1 (7th Floor)
316 North Robert Street
St. Paul, Minnesota 55101

**Before the Honorable Paul A. Magnuson on Thursday, November 16, 2000 @ 9:00 A.M., for hearing re: Defendant's motion to Dismiss and Change Venue.**

Dated: October 26, 2000

FRANCIS E. DOSAL, CLERK

Suzanne M. Ruiz, Calendar Clerk

cc: Perry M. Wilson
Thomas W. Tinkham
Joshua Burke
Jeffrey W. Thone
Michael M. Ratoza

FILED OCT 26 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK